UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS MICHAEL UNDERWOOD, #413128, )
    Petitioner, )
) No. 1:08-cv-00642
-v- )
) HONORABLE PAUL L. MALONEY
MARY BERGHUIS, )
    Respondent. )
_____ )

## JUDGMENT

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent Mary Berghuis and against Petitioner Travis Michael Underwood.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:  January 3, 2012                         /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge