UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS MICHAEL UNDERWOOD, #413128,<br>  Petitioner,<br><br>-v-<br><br>MARY BERGHUIS,<br>  Respondent. | No. 1:08-cv-00642<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent Mary Berghuis and against Petitioner Travis Michael Underwood.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   January 3, 2012                                              /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge